**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STEVE CUMMINGS,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No.  6:07-cv-1029-Orl-22UAM**

**UNITED STATES OF AMERICA, ET AL.,**

        **Defendants.**
_____

## ORDER

This cause is before the Court on Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. No. 5), filed on June 20, 2007, and Plaintiff's Amended Motion for Leave to Proceed In Forma Pauperis (Doc. No. 7), filed on June 28, 2007.  The United States Magistrate Judge has submitted a report recommending that both Motions be denied and the complaint be dismissed as frivolous.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.	The Report and Recommendation filed July 6, 2007 (Doc. No. 8) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.	The Motion to Proceed In Forma Pauperis (Doc. No. 5) is **DENIED** as moot, in light of the filing of the amended motion.

      3.      The Amended Motion for Leave to Proceed In Forma Pauperis (Doc. No. 7) is **DENIED** as the complaint is frivolous and fails to state a claim.

      4.      This case is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915 (e)(2).

      5.      The Clerk is directed to **CLOSE** the file.

      **DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 24, 2007.

Copies furnished to:

United States Magistrate Judge  
Counsel of Record  
Unrepresented Party

_____  
ANNE C. CONWAY  
United States District Judge